1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR03-542-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| JASON MICHAEL DOUGLAS HICKOK, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

15

16

17

18

19

20

21

22

23

24

25

26

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 15, 2011.  The United States was represented by Assistant United States Attorney Kate Vaughan, and the defendant by Terrence Kellogg.

The defendant had been charged and convicted of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. 922(g)(1), and Conspiracy to Steal Mail, in violation of 18 U.S.C. § 371.  On or about October 15, 2004, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of 63 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    mental health programs, financial disclosure, $9,237.50 restitution, alcohol abstinence, search,

2    maintain a single checking account, no new credit, no possession of identification in any other

3    name, computer inspection, computer monitoring, 60 days electronic home monitoring, 180

4    electronic home monitoring with a Sobrietor, and 120 days in a residential reentry center.

5            In a Petition for Warrant or Summons, dated January 19, 2011, U.S. Probation Officer

6    Jerrod Akins asserted the following violations by defendant of the conditions of his supervised

7    release:

8        1.    Consuming alcohol on January 9, 2011, in violation of the special condition that

9              he refrain from the use of alcohol and/or other intoxicants during the term of

10             supervised release.

11       2.    Failing to report law enforcement contact with 72 hours, in violation of standard

12             condition No. 11.

13       3.    Failing to truthfully answer the inquiries of the probation officer, in violation of

14             standard condition No. 3.

15           The defendant was advised of his rights and admitted alleged violations 1, 2 and 3.

16           I therefore recommend that the Court find the defendant to have violated the terms and

17    conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a

18    hearing limited to disposition.  A disposition hearing on these violations has been set before the

19    Honorable Marsha J. Pechman on April 1, 2011 at 9:00 a.m.

20           Pending a final determination by the Court, the defendant has been released, subject to

21    supervision.

22           DATED this 15th day of January, 2011.

23

24                                          JAMES P. DONOHUE
                                            United States Magistrate Judge
25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

cc:     District Judge:            Honorable Marsha J. Pechman
        AUSA:                      Kate Vaughan
        Defendant's attorney:      Terrence Kellogg
        Probation officer:         Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3